**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JACOB NOBLE**                                                      **PLAINTIFF**

**v.**                          **CASE NO. 4:25-CV-001075-BSM**

**SOCIAL SECURITY ADMINISTRATION**                 **DEFENDANT**
Commissioner

## ORDER

United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No.

13] is adopted.   The Commissioner's decision is affirmed and Jacob Noble's claims are

dismissed with prejudice.

IT IS SO ORDERED this 29th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE