**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JACOB NOBLE**                                                                      **PLAINTIFF**

**v.**                                  **CASE NO. 4:25-CV-001075-BSM**

**SOCIAL SECURITY ADMINISTRATION**                               **DEFENDANT**
Commissioner

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE